UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH BROWN-BOYER,

     Plaintiff,

v.

ENVIRONMENTAL SERVICE
CONCEPTS,

     Defendant.

Case No. 25-cv-13368

Honorable Robert J. White

## STIPULATED PROTECTIVE ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that:

1.     This Order shall apply to all confidential documents produced by the parties in response to Interrogatories, Document Requests, and Requests to Admit in the above-referenced matter. If a party deems a document as confidential pursuant to the Protective Order, it shall be marked on the document as "Confidential."

2.     Information and documents subject to this Protective Order shall only be used in conjunction with the above-captioned case and shall only be disclosed to the parties and by the parties as follows:

(a) to counsel of record including their office and clerical staff working on this case;

(b) to employees and counsel working at Defendant, its subsidiaries, and its corporate affiliates;

(c) to expert witnesses or consultants engaged by the parties or on the parties' behalf to assist in the prosecution and/or defense of the action;

(d) to the Court and Court personnel subject to such safeguards as the Court may deem necessary;

(e) to non-party witnesses, their counsel, and Court reporters only to the extent disclosure is necessary for their testimony;

(f) to mediators, facilitators, arbitrators or other third-party neutrals that are engaged by the parties to the litigation to participate in a resolution of the litigation; and

(g) at trial, to the extent admissible.

3.     The parties and all persons to whom information and/or documents subject to this Protective Order are disclosed are authorized only to use such information and documents in connection with this action and are precluded from disclosing the information or documents to any other person except as specifically provided herein. No person receiving or reviewing such information shall disclose it or its content to any person other than those authorized by this Order and for the purposes specified in this Order.

4.      At the conclusion of this litigation, the parties and their respective counsel shall, upon request of the producing party, either return to counsel for the producing party or destroy all documents and items which are supplied pursuant to this Order, as well as any copies, notes, deposition transcripts, or records of information supplied pursuant to this Order, including copies supplied to experts, consultants, or witnesses.

5.      The provisions of this Order shall survive and remain in force and effect after the conclusion of this litigation whether the conclusion be by settlement or litigation. The Court retains jurisdiction to construe and enforce the provisions of this Order.

6.      Filing Under Seal. This Order does not authorize the filing of any documents under seal. Documents may be sealed only if authorized by statute, rule, or order of the Court.  A party seeking to have filed under seal any paper or other matter in this case must do so in accordance with E.D. Mich. LR 5.3.

SO ORDERED.


Date: April 6, 2026                                  s/Robert J. White_____
                                                     Robert J. White
                                                     United States District Judge

**STIPULATED TO**:

| **BATEY LAW FIRM, PLLC** | **FISHER & PHILLIPS LLP** |
|---|---|
| By: /s/ Scott P. Batey (w/permission) | By: /s/ *Stephen R. Gee* |
| Scott P. Batey (P54711) | Stephen R. Gee (P80673) |
| 30200 Telegraph Rd., Ste. 400 | 300 Park Street, Suite 370 |
| Bingham Farms, MI 48025 | Birmingham, MI 48009 |
| (248) 540-6800 | (248) 540-8019 |
| sbatey@bateylaw.com | sgee@fisherphillips.com |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| Dated:  April 6, 2026 | Dated:  April 6, 2026 |